SHAAMINI A. BABU (SBN 230704)
ANJULI M. CARGAIN (SBN 270546)
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
sbabu@sjlawcorp.com
acargain@sjlawcorp.com

Attorneys for Plaintiffs

KELLY E. LLOYD
WEST VALLY SAND & GRAVEL, INC.
1980 Casperville Road
Heber City, UT 84032
(602) 618-2900
westvalleysand@yahoo.com

Defendant in Pro Se

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No.: CV 14-04832 MEJ |
|---|---|
| Plaintiffs, | **JUDGMENT AGAINST DEFENDANT WEST VALLEY SAND & GRAVEL, INC. PURSUANT TO STIPULATION** |
| vs. | |
| WEST VALLEY SAND & GRAVEL, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED by and between the parties hereto, that Judgment shall be entered in favor of Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, et al. (collectively "Plaintiffs" or "Plan") and against Defendant West Valley Sand & Gravel, Inc. ("West Valley") as set forth herein.

1.  This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C

§§1001-1461 (1982)).

2. Defendant West Valley was a participating employer in the Plan. On or about April 1, 2010, Defendant West Valley made a complete withdrawal from the Plan under ERISA §4203(a) (29 U.S.C. §1383(a)) which thereby made it subject to withdrawal liability. By letter dated March 7, 2014, the Plan assessed withdrawal liability of $482,694 against West Valley. On May 14, 2014, the Plan accelerated the withdrawal liability pursuant to ERISA §4219(c)(5) (29 U.S.C. §1399(c)(5)) and Section XII of the Plan's Withdrawal Liability Assessment Procedures.

3. Since Defendant West Valley failed to make any payments Plaintiffs filed this action on October 30, 2014.

4. To date, West Valley has failed to make any withdrawal liability payments to the Plan.

5. Defendant West Valley hereby stipulates and agrees to a judgment against it for the assessed withdrawal liability of $482,694 ("Judgment Amount").

6. Subject to the terms and conditions of the Settlement Agreement entered into between the Plan and Defendant West Valley:

(a) Defendant West Valley shall be liable for all accrued interest, attorneys' fees and costs incurred by the Plan connection this Judgment Amount is paid in full.

(b) Plaintiffs may record abstracts of judgment, liens, levies, and/or pursue other remedies against Defendant West Valley to recover the Judgment Amount.

7. Defendant West Valley and any controlled group member under ERISA §4001(b) or successor shall be bound by the terms of this Judgment until it is satisfied in full.

8. Kelly Lloyd is the President and 100% shareholder of Defendant West Valley during all relevant time period and represents and warrants that he is authorized to enter into this Stipulation.

9. Any notices to the parties hereto shall be delivered to:

| | |
|---|---|
| Pension Plan for the Pension Trust Fund for Operating Engineers<br>c/o Shaamini A. Babu,<br>Saltzman & Johnson,<br>44 Montgomery Street, Suite 2110,<br>San Francisco, California, 94104 | West Valley Sand & Gravel, Inc.<br>c/o Kelly Lloyd<br>1980 Casperville Road<br>Heber City, UT 84032 |

10.  Any failure on the part of the Plaintiffs to take any action against Defendant West Valley as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach by Defendant West Valley of any provisions herein.

11.  Should any provision of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provision shall be deemed not to be part of this Stipulation.

12.  This Stipulation contains all of the terms agreed by the parties and no other agreements have been made.  Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

13.  This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

14.  Defendant West Valley represents and warrants that it has had the opportunity to be or has been represented by counsel of its own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, that it has read this Stipulation with care, and is fully aware of and represents that it enters into this Stipulation voluntarily and without duress.

15.  The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied in full.

| | | |
|---|---|---|
| 1 | Dated: _____, 2015 | DEFENDANT WEST VALLEY SAND & GRAVEL, INC. |
| 2 | | |
| 3 | | _____ |
| 4 | | Kelly Lloyd, President |
| 5 | Dated: _____, 2015 | PLAINTIFFS PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al. |
| 6 | | |
| 7 | | |
| 8 | | _____ |
| | | Russell E. Burns, Trustee |
| 9 | | |
| 10 | Dated: 2-4, 2015 | PLAINTIFFS PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al. |
| 11 | | |
| 12 | | _____ |
| 13 | | Richard Piombo, Trustee |
| 14 | | |
| 15 | Dated: _____, 2015 | PLAINTIFFS PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al. |
| 16 | | |
| 17 | | |
| 18 | | _____ |
| | | Shaamini A. Babu |
| | | Saltzman & Johnson Law Corporation |
| 19 | | Attorneys for Plaintiffs |
| 20 | IT IS SO ORDERED. | |
| 21 | | |
| 22 | | |
| 23 | Dated: _____, 2015 | |
| 24 | | _____ |
| | | THE HONORABLE MARIA-ELLENA JAMES |
| 25 | | U.S. MAGISTRATE JUDGE |

-4-
JUDGMENT PURSUANT TO STIPULATION
Case No.: CV-14-4832 MEJ

1  Dated: 2/4, 2015                DEFENDANT WEST VALLEY SAND &
2                                  GRAVEL, INC.
3                                  _____ Pres.
4                                  Kelly Lloyd, President

5  Dated: 2/6, 2015                PLAINTIFFS PENSION PLAN FOR
6                                  PENSION TRUST FUND FOR OPERATING
                                   ENGINEERS, et al.
7
8                                  _____
                                   Russell E. Burns, Trustee
9
10 Dated: _____, 2015            PLAINTIFFS PENSION PLAN FOR
                                   PENSION TRUST FUND FOR OPERATING
11                                 ENGINEERS, et al.
12
13                                 _____
                                   Richard Piombo, Trustee
14
15 Dated: 2/6, 2015                PLAINTIFFS PENSION PLAN FOR
                                   PENSION TRUST FUND FOR OPERATING
16                                 ENGINEERS, et al.
17                                 _____
18                                 Shaamini A. Babu
                                   Saltzman & Johnson Law Corporation
19                                 Attorneys for Plaintiffs

20 IT IS SO ORDERED.

21
22
23 Dated: February 9, 2015
24                                 _____
                                   THE HONORABLE MARIA-ELLENA JAMES
25                                 U.S. MAGISTRATE JUDGE
26
27
28

-4-
JUDGMENT PURSUANT TO STIPULATION
Case No.: CV-14-4832 MEJ